IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DEON LOVE,  \*
Reg. # 08226-045  \*
\*
    Plaintiff,  \*
v.  \*  No. 2:11-CV-00129-JJV
\*
T. C. OUTLAW,  \*
\*
    Defendant.  \*

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 9th day of November, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE